RECEIVED
IN LAKE CHARLES, LA
JUL 11 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PETER ROY ALFRED** | : | **DOCKET NO. 2: 03 CV 703** |
| VS. | : | JUDGE MINALDI |
| **ALLEN CORRECTIONAL CENTER** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff's Appeal [doc. 80] of the Magistrate Judge's decision IS DENIED.

IT IS FURTHER ORDERED that the plaintiff's Motion for Oral Argument and Appointment of Counsel [doc. 83] IS DENIED.

Lake Charles, Louisiana, this ___ day of July, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE