UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| PETER ROY ALFRED, JR. | : | DOCKET NO. 2:03-cv-703<br>Section P |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| ALLEN CORRECTIONAL CENTER, ET AL. | : | MAGISTRATE JUDGE WILSON |

### O R D E R

Currently before the court are two motions, a "Motion for Trial and to be Present at Oral Arguments" [doc. 94] and a "Motion for Judgment and Compensation" [doc. 95], filed by *pro se* plaintiff, Peter Roy Alfred, Jr. By these motions, the plaintiff is seeking a trial on the merits of his claims, a judgment in his favor, and compensation. A review of the record reveals that this civil rights action was dismissed on the merits by a judgment dated February 15, 2005. [doc. 72]. Accordingly, plaintiff is not entitled to the relief he seeks. Thus, it is

ORDERED that the motions be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, January 10, 2007.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE