U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JAN - 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| PETER ROY ALFRED, JR. | CIVIL ACTION NO. 03-703 |
| VS. | SECTION P |
| ALLEN CORRECTIONAL CENTER, ET AL | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## Judgment ~~MEMORANDUM RULING~~

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that the Motion for Annulment of Judgment [Doc. 98] filed by *pro se* plaintiff Peter Alfred IS DENIED.

Lake Charles, Louisiana, this 3 day of January, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE